UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14224-CIN-MIDDLEBROOKS/LYNCH

DAVID POSCHMANN,

        Plaintiff,

v.

DIAMOND TROPIC REALTY, INC. and
T.T.K.M., INC.,

        Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree that the above-captioned case has been fully resolved and is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 13th day of October, 2016.

s/Drew Levitt
DREW LEVITT, ESQ.
Florida Bar No. 782246
dml2@bellsouth.net
LEE D. SARKIN, ESQ.
Florida Bar No. 962848
lsarkin@aol.com
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Facsimile  (561) 994-0837
Attorneys for Plaintiff

s/Howard R. Brennan
Howard R. Brennan, Esq.
Brennan & Kretschmer
1443 20th Street, Suite A
Vero Beach, Florida 32960
Tel.: (772) 778-3777
Fax : (772) 778-3835
hrb@veroattorneys.com
claudia@veroattorneys.com
Attorneys for Defendant, T.T.K.M., Inc.

s/Roman Ortega-Cowan
Roman Ortega-Cowan, Esq.
Block & Scarpa
1555 Indian River Boulevard, Suite B-125
Vero Beach, Florida 32960
Tel.: (772) 794-1918
Fax: (772) 567-4477
rortega@blocklaw.org
Attorneys for Defendant, Diamond Tropic Realty, Inc.